

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00239-CR

| | | |
|---|---|---|
| ERVIN EDWARD KINGSBURY, III AKA IRVING EDWARD KINGSBURY, III, Appellant | § § § § § § | On Appeal from the 297th District Court of Tarrant County (1578626R) June 10, 2021 Opinion by Chief Justice Sudderth (p) |
| v. | | |
| THE STATE OF TEXAS | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth